UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

|  |  |
|---|---|
| USA, | **SCHEDULING ORDER** |
| - against - |  |
| BOBBY WELLS, | 25 Cr. 151 (NSR) |
| Defendant(s). |  |

-----------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

The parties are ORDERED to appear for a scheduled in-person **Initial Conference on April 30, 2025 at 11:30 am.**

SO ORDERED.

Dated:   White Plains, New York
         April 18, 2025

_____
Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2025