UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,
Plaintiff,

-against-

BOBBY WELLS,

Defendant.
-----------------------------------------------------------x

**MEMORANDUM**

25 Cr. 151 (NSR)

TO: Nelson S. Román, United States District Judge:

Please find attached a transcript of the May 7, 2026 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: July 13, 2026
White Plains, New York

Respectfully Submitted,

Judith C. McCarthy
JUDITH C. McCARTHY
United States Magistrate Judge