USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/13/2026

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

BOBBY WELLS,

Defendant.

---------------------------------------------------X

25 Cr. 151 (NSR)

**ORDER ACCEPTING PLEA ALLOCUTION**

NELSON S. ROMÁN, U.S.D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated July 13, 2026, is approved and accepted.

SO ORDERED.

Dated: July 13, 2026
White Plains, NY

_______________________________
Nelson S. Román
United States District Judge